(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Loughran, Keith Jerome** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Loughran, Antje Lynn** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-3758** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-3061** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**19 Cottage Drive**<br>**Newnan, GA 30265** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**19 Cottage Drive**<br>**Newnan, GA 30265** |
| County of Residence or of the<br>Principal Place of Business:  **Coweta** | County of Residence or of the<br>Principal Place of Business:  **Coweta** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business   ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)                                    THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**(Official Form 1) (12/03)**  FORM B1, Page 2

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Loughran, Keith Jerome**
**Loughran, Antje Lynn**

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Keith Jerome Loughran**
Signature of Debtor **Keith Jerome Loughran**

X    **/s/ Antje Lynn Loughran**
Signature of Joint Debtor **Antje Lynn Loughran**

Telephone Number (If not represented by attorney)

**October 13, 2005**
Date

**Signature of Attorney**

X    **/s/ W. Kevin Snyder GA**
Signature of Attorney for Debtor(s)
**W. Kevin Snyder GA 666272**
Printed Name of Attorney for Debtor(s)
**Lacy & Snyder LLP**
Firm Name
**21 Eastbrook Bend**
**Suite 222**
**Peachtree City, GA 30269**
Address
**Email: tlacy@lacysnyder.com**
**(770) 486-8445  Fax: (770) 486-8889**
Telephone Number
**October 13, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ W. Kevin Snyder GA**          **October 13, 2005**
Signature of Attorney for Debtor(s)     Date
**W. Kevin Snyder GA 666272**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

```
Amer Honda
1030 Cambridge Squ
Alpharetta, GA 30201



American Honda Finance
1235 Old Alpharetta Rd S
Alpharetta, GA 30005



Attention Collections
220 Sunset Blvd Ste A
Sherman, TX 75092



Autonation Financial
3120 Ryder Trail S
Earth City, MO 63045



Beneficial/Household Finance
2700 Sanders Rd
Prospect Heights, IL 60070



Cap One Bk
Po Box 85520
Richmond, VA 23285



Capital 1 Bk
11013 W Broad St
Glen Allen, VA 23060



Citibank Usa Sears
Po Box 6189
Sioux Falls, SD 57117



Citifinancial
6323 Albermarle Road
Charlotte, NC 28212
```

```
Citifinancial
180 Cobb Pkwy S Ste C22
Marietta, GA 30060


Citifinancial
1743 N Congress Ave
Boynton Beach, FL 33426


Citifinancial Retail S
Po Box 22066
Tempe, AZ 85285


Cross Country Bank
Po Box 15371
Wilmington, DE 19850


Discover Fin
Pob 15316
Wilmington, DE 19850


G M A C
Po Box 105677
Atlanta, GA 30348


Hsbc/Davbr
Po Box 703
Wood Dale, IL 60191


Hsbc/Rtg
90 Christiana Rd
New Castle, DE 19720


Ibm Se Emp Fed Cr Unio
Po Box 5090
Boca Raton, FL 33431
```

Lexus Financial Servic
12735 Morris Road Ext #
Alpharetta, GA 30004


Maf Collection Service
134 S Tampa St
Tampa, FL 33602


Sallie Mae 3rd Pty Lsc
1002 Arthur Dr
Lynn Haven, FL 32444


Sams Club
Po Box 981400
El Paso, TX 79998


Texaco/Citibank
Po Box 6003
Hagerstown, MD 21747

Case 05-13988-whd    Doc 1    Filed 10/13/05   Entered 10/13/05 14:06:30    Desc Main
                                Document      Page 5 of 5